IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JAVON TURNER, | § | |
| | § | No. 166, 2026 |
| Defendant Below, | § | |
| Appellant, | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 2310008139 (N) |
| STATE OF DELAWARE, | § | |
| | § | |
| Appellee. | § | |

Submitted: May 8, 2026
Decided: May 19, 2026

## ORDER

On April 23, 2026, the appellant, Javon Turner, filed a notice of appeal from the Superior Court's order, docketed January 13, 2026, denying his motion for postconviction relief. A timely notice of appeal was due on or before February 12, 2026.[1] The Senior Court Clerk issued a notice by certified mail directing Turner to show cause why his appeal should not be dismissed as untimely filed. Turner received the notice on April 27. A timely response to the notice to show cause was due on or before May 7. To date, Turner has not responded to the notice to show cause. Dismissal of the appeal is therefore deemed to be unopposed.

---

[1] Del. Supr. Ct. R. 6(a)(iii)(B).

NOW, THEREFORE, IT IS HEREBY ORDERED that the appeal is DISMISSED under Supreme Court Rules 3(b)(2) and 29(b).

BY THE COURT:

_/s/ Abigail M. LeGrow_____
Justice